# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CRIMINAL APPEAL INFORMATION STATEMENT

**PART I** - Please type. Attach additional pages if necessary.

SHORT CAPTION WITH IDENTITY OF APPELLANT - APPEAL FROM DISTRICT COURT

| | |
|---|---|
| U.S.C.A. Caption: | United States of America v. Reuben King |
| U.S.C.A. No.: | 24-1198 |
| District: | Eastern District of PA |
| D.C. Docket No.: | 5:22-cr-00215-JFL |
| Date Judgment: | 1-25-24 |
| Filed Date in D.C.: | 2-1-24 |
| Date NOA filed: | 2-2-24 |

Is this a Cross-Appeal?  Yes ☐  No ☑

Was there a previous appeal in case?  Yes ☐  No ☑

If yes, Short Title: _____

Appeal Docket No.: _____

Citation, if reported: _____

State any other related proceedings in this Court or District Court.

## PART II

Please indicate basis of appeal:
NOTE: This statement will assist the Court in case management. It is not intended to preclude presentation of issues on appeal.

☐ Bail (appeal from order granting, denying, modifying terms and conditions of bail on release on bond pending appeal)

☑ Judgment of Conviction/Commitment.

    ☐ (A) Sentence     ☐ (B) Conviction     ☐ (C) Both

☐ Appeal will challenge <u>only</u> the merits of the underlying conviction.

☐ Appeal will challenge both the merits of the underlying conviction and the validity of the sentence imposed.

☑ Appeal will challenge only the validity of the sentence imposed.
    *Forfeiture order only*

This is to certify that a copy of this criminal appeal information statement was served on each party or their counsel of record this __16__ day of __May__, 20__24__.

_____
Signature of Counsel for Appellant

**Robert E. Barnes**
Name

**700 South Flower St, Ste 1000, Los Angeles, CA 90017**
Address, City, State & Zip Code

(310) 510-6211
Area Code & Telephone No.