IN THE
United States Court of Appeals
For the Third Circuit

_____

No. 24-1198

**United States America,**

-Appellee

v.

**Rueben King,**

-Appellant

On Appeal from the United States District Court
District of Middle Pennsylvania, Allentown Division

### APPELLANT'S MOTION
### FOR LEAVE TO FILE A CORRECTED BRIEF

COMES NOW, Appellant Rueben King, by and through the undersigned, Robert E. Barnes, and respectfully moves this Court for leave to file a corrected brief. Appellant's opening brief was deficient. It was missing a statement of related cases and word count number.

WHEREFORE, Appellant, through Robert E. Barnes, respectfully requests permission from the Court to file a corrected brief.

1

DATED: June 21, 2024

                                        */s/ Robert E. Barnes*
                                        Robert E. Barnes, Esq.
                                        CA. Bar ID #: 235919
                                        Barnes Law, LLP
                                        700 S. Flower Street, Suite 1000
                                        Los Angeles, CA 90017
                                        Telephone: (310) 510-6211
                                        Fax: (310) 510-6225
                                        Email: robertbarnes@barneslawllp.co

                                        *Attorney for Appellant Reuben King*

## CERTIFICATE OF SERVICE

It is hereby certified the foregoing MOTION FOR LEAVE TO FILE A CORRECTED OPENING BRIEF was made through the Court's electronic filing and notice system (CM/ECF), or, as appropriate by sending of copy of the same by electronic mail to the following addresses:

Joseph A. LaBar, Esq.
Direct: 215-861-8516
Email: Joseph.LaBar@usdoj.gov
Fax: 215-861-8618
[COR NTC State Government]
Office of United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

Elizabeth M. Ray, Esq.
Direct: 215-861-8699
Email: elizabeth.ray@usdoj.gov
Fax: 215-861-8618
[COR NTC Federal government]
Office of United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

DATED this 21st day of June 2024.

/s/ Robert E. Barnes
Robert E. Barnes, Esq.