IN THE UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

UNITED STATES OF AMERICA   :

   v.   :   No. 24-1198

REUBEN KING   :

**APPELLEE'S MOTION FOR EXTENSION OF TIME**

The United States of America, by its attorneys, Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, Robert A. Zauzmer, Assistant United States Attorney and Chief of Appeals, and Joseph A. LaBar, Assistant United States Attorney for the District, moves for a 21-day extension of time in which to file its brief. In support of this motion, the government avers as follows:

   1. Under the original briefing schedule issued by the Court, the appellant's brief was due on June 17, 2024. The appellant's corrected brief in this matter was filed and served on June 21, 2024.

   2. The government's brief as appellee was initially due on August 1, 2024. The government sought and was granted a 14 day extension on July 8, 2024, and so the government brief is now due on August 15, 2024.

   3. The government seeks an extension of time of 21 days. During July government counsel was engaged in preparation for trial in *United States v. Kavon Coleman* in the district court. That case was resolved with a guilty plea

after jury selection on July 9, 2024. Government counsel next prepared the matter of *United States v. Keith Thomas Dougherty,* and presented that case to a grand jury which indicted the defendant on July 18, 2024. Government counsel litigated pretrial detention in that case on July 29, 2024. Government counsel also prepared and conducted a guilty plea hearing in the district court in *United States v. Kamal Fataliev*, which was held on July 19, 2024. Lastly, government counsel presented a superseding indictment to the grand jury in *United States v. McCracken, et al* on July 24, 2024.

4. Government counsel will be on leave from August 9, 2024 until August 19, 2024.

5. Government counsel has contacted counsel for the appellant, who has stated that he does not oppose the government's motion.

WHEREFORE, for these reasons, the government as appellee in this case respectfully requests a 21-day extension of time in which to file its brief.

Respectfully yours,

JACQUELINE C. ROMERO
United States Attorney


*/s Robert A. Zauzmer*
ROBERT A. ZAUZMER
Assistant United States Attorney
Chief of Appeals


*/s Joseph A. LaBar*
JOSEPH A. LaBAR
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this pleading has been served on the Filing User identified below through the Electronic Case Filing (ECF) system:

        Robert Barnes, Esq.
        robertbarnes@barneslawllp.com

        */s Joseph A. LaBar*
        JOSEPH A. LaBAR
        Assistant United States Attorney

DATED: August 7, 2024.