**IN THE
United States Court of Appeals
For the Third Circuit**

---

**No. 24-1198**

**United States America,**

      -Appellee

**v.**

**Rueben King,**

      -Appellant

---

**On Appeal from the United States District Court
District of Middle Pennsylvania, Allentown Division**

---

## ADDENDUM TO REPLY BRIEF OF APPELLANT

      Robert E. Barnes, SBN: 235919
      BARNES LAW
      700 South Flower Street, Suite 1000
      Los Angeles, California 90017
      Telephone: (310) 510-6211
      Email: robertbarnes@barneslawllp.com

      Attorneys for Defendant and Appellant
      Rueben King

# **CERTIFICATION**

I, the undersigned, hereby certify the following:

1. That I am a member of the Bar of the United States Court of Appeals for the Third Circuit.

2. That the text in the electronic copy of the reply brief is identical to the text in the paper copies of the brief filed with the Court.

3. On September 26, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered users.

Dated September 26, 2024                Respectfully submitted,

/s/ Robert E. Barnes
Robert E. Barnes counsel for
Appellant Rueben King
BARNES LAW
700 South Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: (310) 510-6211
Email:
robertbarnes@barneslawllp.com