OFFICE OF THE CLERK

PATRICIA S. DODSZUWEIT

CLERK

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



January 16, 2025

Robert E. Barnes, Esq.
John A. Jenemann, Esq.
Joseph A. LaBar, Esq.
Robert A. Zauzmer, Esq.

RE: USA v. Reuben King
Case Number: 24-1198
District Court Case Number: 5:22-cr-00215-001

Dear Counsel:

At the direction of the Court, the parties shall submit supplemental letter briefs of no more than five single-spaced pages by Friday, January 24, 2025, addressing:

(1) Whether, in view of Appellant's failure to present legal argument or authority concerning his Religious Freedom Restoration Act (RFRA) claim in his opening brief, following on the District Court's admonition for his failure to raise it in his post-trial motion, Appellant's RFRA claim should be deemed either forfeited or waived on appeal.
(2) Whether any request by Appellant for a religious accommodation would have been futile in light of 18 U.S.C. § 923(a). *See United States v. Hardman*, 297 F.3d 1116, 1120-21 (10th Cir. 2002).
(3) Assuming Appellant has standing to raise a defense under RFRA, whether requiring applicant to submit a photograph would be the least restrictive means of furthering a compelling state interest. *See* 42 U.S.C. § 2000bb-1(b).

When filing in CM/ECF, please select the **Motions, Responses & Replies** category and use the **Response** event. Hard copies are not necessary.

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk


By:
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932