IN THE
United States Court of Appeals
For the Third Circuit

_____

No. 24-1198

**United States America,**

        -Appellee

v.

**Rueben King,**

        -Appellant

_____

On Appeal from the United States District Court
District of Middle Pennsylvania, Allentown Division
_____

**APPELLANT'S MOTION
TO DISMISS APPEAL**

COMES NOW, Appellant Rueben King, by and through the undersigned, Robert E. Barnes, and respectfully moves this Court for an order dismissing this appeal in its entirety under Rule 42 of the Federal Rules of Appellate Procedure.

WHEREFORE, Appellant, through Robert E. Barnes, respectfully requests the Court dismiss the appeal in its entirety.

DATED: January 27, 2025

                                        */s/ Robert E. Barnes*
Robert E. Barnes, Esq.
CA. Bar ID #: 235919
Barnes Law, LLP
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: (310) 510-6211
Fax: (310) 510-6225
Email: robertbarnes@barneslawllp.com

*Attorney for Appellant Reuben King*

## CERTIFICATE OF SERVICE

It is hereby certified the foregoing MOTION FOR DISMISSAL was made through the Court's electronic filing and notice system (CM/ECF), or, as appropriate by sending of copy of the same by electronic mail to the following addresses:

Joseph A. LaBar, Esq.
Direct: 215-861-8516
Email: Joseph.LaBar@usdoj.gov
Fax: 215-861-8618
[COR NTC State Government]
Office of United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

Elizabeth M. Ray, Esq.
Direct: 215-861-8699
Email: elizabeth.ray@usdoj.gov
Fax: 215-861-8618
[COR NTC Federal government]
Office of United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

DATED this 27th day of January 2025

/s/ Robert E. Barnes
Robert E. Barnes, Esq.