IN THE
United States Court of Appeals
For the Third Circuit

---

No. 24-1198

**United States America,**

-Appellee

v.

**Rueben King,**

-Appellant

---

On Appeal from the United States District Court
District of Middle Pennsylvania, Allentown Division

---

## APPELLANT'S AMENDED MOTION
## TO DISMISS APPEAL

COMES NOW, Appellant Rueben King, by and through the undersigned, Robert E. Barnes, and respectfully moves this Court for an order dismissing this appeal in its entirety under Rule 42 of the Federal Rules of Appellate Procedure.

WHEREFORE, Appellant, through Robert E. Barnes, respectfully requests the Court dismiss the appeal in its entirety.

1

DATED: Feb 6, 2025

/s/ Robert E. Barnes
Robert E. Barnes, Esq.
CA. Bar ID #: 235919
Barnes Law, LLP
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: (310) 510-6211
Fax: (310) 510-6225
Email: robertbarnes@barneslawllp.com

*Attorney for Appellant Reuben King*

_____
Rueben King, Appellant

## CERTIFICATE OF SERVICE

It is hereby certified the foregoing MOTION FOR DISMISSAL was made through the Court's electronic filing and notice system (CM/ECF), or, as appropriate by sending of copy of the same by electronic mail to the following addresses:

Joseph A. LaBar, Esq.
Direct: 215-861-8516
Email: Joseph.LaBar@usdoj.gov
Fax: 215-861-8618
[COR NTC State Government]
Office of United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

Elizabeth M. Ray, Esq.
Direct: 215-861-8699
Email: elizabeth.ray@usdoj.gov
Fax: 215-861-8618
[COR NTC Federal government]
Office of United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

DATED this _6_ day of _Feb_, 2025

/s/ Robert E. Barnes
Robert E. Barnes, Esq.