UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>24-1198</u>

United States of America

v.

Reuben King,
     Appellant

(E.D. Pa. No. 5:22-cr-00215-001)

Present:  KRAUSE, PORTER and ROTH, <u>Circuit Judges</u>

1. Motion to Withdraw Case pursuant to Fed. R. App. P. 42(b) filed by Appellant Reuben King without costs.

            Respectfully,
            Clerk/pdb

_____ORDER_____
The foregoing motion is GRANTED.

            By the Court,

            s/ Cheryl Ann Krause
            Circuit Judge

Dated: February 11, 2025
PDB/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate